IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL ACTION FILE NO. |
| : | 1:13-CR-276-7-ODE-GGB |
| RAPHEAL BANKS : | |

<u>ORDER</u>

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Gerrilyn G. Brill filed December 31, 2014 [Doc. 243] ("R&R"). No objections have been filed.

In the R&R, the Magistrate Judge recommends that Defendant's Motion to Dismiss Indictment for Violation of Speedy Trial Act [Doc. 240] be denied.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the R&R, Defendant's Motion to Dismiss Indictment for Violation of Speedy Trial Act [Doc. 240] is DENIED.

SO ORDERED, this 23 day of January, 2015.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE